JS-6

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

7
8

| | |
|---|---|
| | Case No. EDCV14-00010-VEB |
| JACQUELIN JANE GARNER, | |
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

9
10
11
12
13
14
15

For the reasons set forth in the accompanying Decision and Order, it is hereby
ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding
the case for further proceedings is DENIED; (2) the Commissioner's request for an
order affirming the Commissioner's final decision and dismissing the action is

16
17
18
19
20

1

JUDGMENT – GARNER v COLVIN 14CV-00010-VEB

GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.


DATED this 6th Day of March, 2016,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

JUDGMENT – GARNER v COLVIN 14CV-00010-VEB